UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GIOVANNI J. PINON,<br><br>                    Plaintiff<br><br>     v.<br><br>JAMES DZURENDA, et al.,<br><br>                    Defendants | Case No. 3:23-cv-00365-MMD-CLB<br><br>ORDER |

On December 22, 2023, the Court issued a screening order and granted Plaintiff until January 21, 2024, to file a first amended complaint or the case would be dismissed without prejudice for failure to state a claim. (ECF No. 5). On January 18, 2023, Plaintiff submitted a motion for an extension of time. (ECF No. 7).

The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before February 23, 2024. If Plaintiff chooses not to file an amended complaint, this case will be dismissed without prejudice for failure to state a claim. (*See* ECF No. 5 at 10).

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 7) is granted. Plaintiff will file his amended complaint **on or before February 23, 2024**.

DATED THIS 19th day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE